# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDA KNIGHT,** | ) |
| | ) |
|     **Petitioner,** | ) |
| **vs.** | )   **Case No.  2:09-cv-791-CLS-TMP** |
| | ) |
| **FRANK ALBRIGHT, Warden;** | ) |
| **JEFFERSON COUNTY;** | ) |
| **ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
|     **Respondents.** | ) |

## ORDER

On October 15, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be, and the same hereby is DENIED and DISMISSED with prejudice.

DONE and ORDERED this 24th day of November, 2009.

                                          /s/ Lynwood Smith
                                          United States District Judge